1   PAMELA E. COGAN (SBN 105089)
2   KATHRYN C. CURRY (SBN 157099)
    ROPERS, MAJESKI, KOHN & BENTLEY
3   1001 Marshall Street
    Redwood City, CA  94063
4   Telephone:    (650) 364-8200
    Facsimile:    (650) 780-1701

5   Attorneys for Defendant
    EVEREN CAPITAL CORPORATION GROUP
6   DISABILITY INCOME PLAN

7

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  GEORGE MOSKOWITE,                    CASE NO.  C03-04666 MMC

14          Plaintiff,                   STIPULATION AND [PROPOSED] ORDER
                                         CONTINUING THE CASE MANAGEMENT
15  v.                                   CONFERENCE FROM OCTOBER 21, 2005 TO
                                         NOVEMBER 4, 2005
16  EVEREN CAPITAL CORPORATION
    GROUP DISABILITY INCOME PLAN,
17                                       **Honorable Maxine M. Chesney**
            Defendant.
18

19

20

21          WHEREAS, a Case Management Conference is currently scheduled for Friday, October

22  21, 2005; and

23          WHEREAS, lead counsel for defendant Pamela E. Cogan and Kathryn C. Curry are

24  unavailable on October 21, 2005 due to previously scheduled and prepaid commitments (Ms.

25  Cogan is speaking at a seminar and Ms. Curry will be out of town attending a seminar);

26  //

27  //

28  //

RC1/382359 1/KCC                   - 1 -        **STIPULATION AND ORDER CONTINUING
                                                THE CASE MANAGEMENT CONFERENCE –**
                                                CASE NO  C 03-04666 MMC

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1     IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES through their

2 respective counsel of record that the Case Management Conference shall be continued two weeks

3 from October 21, 2005 to November 4, 2005 or as soon thereafter as allowed by the Court.

4     **IT IS SO STIPULATED.**

5 Dated: September 30, 2005

6

7     By: _____

    ROBERT J. ROSATI

8     Attorneys for Plaintiff

    GEORGE MOSKOWITE

9

10 Dated: September 30, 2005     ROPERS, MAJESKI, KOHN & BENTLEY

11

12     By: _____

    PAMELA E. COGAN

13     KATHRYN C. CURRY

    Attorneys for Defendant

14     EVEREN CAPITAL CORPORATION

    GROUP DISABILITY INCOME PLAN

15

16

17             **ORDER**

18     IT IS SO ORDERED. The Case Management Conference shall be continued two weeks

19 from October 21, 2005 until November 4, 2005 at 10:30 a.m.

20

21 DATED: October _11_, 2005

22     Honorable Maxine M. Chesney

    UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

    STIPULATION AND ORDER CONTINUING
THE CASE MANAGEMENT CONFERENCE –
CASE NO. C 03-04666 MMC

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City