IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MOSKOWITE,<br><br>     Plaintiff,<br><br>  v.<br><br>EVEREN CAPITAL CORPORATION<br>GROUP DISABILITY INCOME PLAN,<br><br>     Defendant | No. C-03-4666 MMC (MED)<br><br>**ORDER DIRECTING PARTIES TO FILE SUPPLEMENT TO CONTINUED JOINT CASE MANAGEMENT STATEMENT; GRANTING REQUEST FOR TELEPHONIC APPEARANCE** |

Before the Court is the parties' Continued Joint Case Management Statement, filed October 14, 2005 ("Joint Statement").

In its order filed August 10, 2005, the Court ordered the parties, in their Joint Statement, to address "the appropriate procedure(s) by which to supplement the record, to the extent copies of missing documents cannot be located, as well as the procedure by which the merits of the defense of unclean hands should be determined." (See Order, filed August 10, 2005, at 15:26-28.) The Joint Statement, however, fails to address either of these issues.

Accordingly, the parties are hereby ordered to file, no later than October 28, 2005, a joint supplement to the Joint Statement, to address the above-referenced issues.

//

1  Plaintiff's request to appear by telephone at the November 4, 2005 Case
2 Management Conference is hereby GRANTED.  Counsel for both parties shall appear by
3 telephone.
4  **IT IS SO ORDERED.**

6 Dated:  October 17, 2005

MAXINE M. CHESNEY
United States District Judge