1  PAMELA E. COGAN (SBN 105089)
   KATHRYN C. CURRY (SBN 157099)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
3  Redwood City, CA 94063
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701

5  Attorneys for Defendant
   EVEREN CAPITAL CORPORATION GROUP
6  DISABILITY INCOME PLAN

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 | GEORGE MOSKOWITE,                      | CASE NO. C03-04666 MMC
14 |                 Plaintiff,              | STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING
15 | v.                                      | SCHEDULE FOR DEFENDANT'S MOTION TO AMEND THE ANSWER
16 | EVEREN CAPITAL CORPORATION GROUP DISABILITY INCOME PLAN, |
17 |                 Defendant.              | **Honorable Maxine M. Chesney**
18

19

20       IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES through their

21 respective counsel of record that the hearing on defendant's motion to amend its answer is set for

22 December 9, 2005 at 9:00 a.m. Defendant shall file and serve it motion by electronic filing on or

23 before November 10, 2005. Plaintiff shall file and serve his opposition by electronic filing on or

24 before November 23, 2005. Defendant's reply shall be filed and served by electronic filing on or

25 before December 1, 2005. The parties request that the court permit the motion to be heard less

26 than 35 days after the filing of the motion so that the court can hear and rule on this motion before

27 plaintiff's opening brief on motions for judgment on the administrative record. At the November

28

RC1/385871.1/PEC          - 1 -     STIPULATION AND ORDER SETTING HEARING
                                    AND BRIEFING SCHEDULE ON DEFENDANT'S
                                    MOTION TO AMEND – CASE NO C 03-04666 MMC

4, 2005 case management conference, the court set the date for the filing of plaintiff's opening brief for January 13, 2006. Plaintiff's counsel is unavailable on December 16, 2005 and the court has indicated that motions will not be heard by the court in the last two weeks in December. Therefore, December 9, 2005 is the latest date that motion can be heard that will allow the parties time to determine whether the court will allow defendant to amend its answer before plaintiff's motion is filed.

Dated: November 7, 2005

By: /s/
ROBERT J. ROSATI
Attorneys for Plaintiff
GEORGE MOSKOWITE

Dated: November 7, 2005

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
PAMELA E. COGAN
KATHRYN C. CURRY
Attorneys for Defendant
EVEREN CAPITAL CORPORATION
GROUP DISABILITY INCOME PLAN

**ORDER**

Based on the foregoing, and good cause appearing therefore, IT IS HEREBY ORDERED that defendant's motion to amend its answer is set for December 9, 2005 at  9:00 a.m. .

Defendant shall file and serve it motion by electronic filing on or before November 10, 2005.

Plaintiff shall file and serve his opposition by electronic filing on or before November 23, 2005.

Defendant's reply shall be filed and served by electronic filing on or before December 1, 2005.

All parties are reminded of their obligation to submit chambers copies of all e-filed documents no later than noon the day after the document is e-filed.

DATED: November  9 , 2005

/s/ Maxine M. Chesney
Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE

RC1/385871.1/PEC

- 2 -

STIPULATION AND ORDER SETTING HEARING
AND BRIEFING SCHEDULE ON DEFENDANT'S
MOTION TO AMEND – CASE NO. C 03-04666 MMC