PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701

Attorneys for Defendant
EVEREN CAPITAL CORPORATION GROUP DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE MOSKOWITE,<br><br>Plaintiff,<br><br>v.<br><br>EVEREN CAPITAL CORPORATION GROUP DISABILITY INCOME PLAN,<br><br>Defendant. | CASE NO. C 03-04666 MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR ADMINISTRATIVE RELIEF TO FILE A 33 PAGE OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT<br><br>[Local Rule 7-11]<br><br>Date:   March 17, 2006<br>Time:   9:00 a.m.<br>Courtroom: 7 (19th Floor)<br><br>**Honorable Maxine M. Chesney** |

Good cause appearing, defendant Everen Capital Corporation group Disability Income Plan's request for administrative relief to file a 33 page Opposition and Cross-Motion for Summary Judgment is hereby GRANTED. Defendant's brief electronically filed on February 10, 2006 shall be accepted for filing by the court.

Date: February 17, 2006

*[signature]*

Honorable Maxine M. Chesney
United States District Court Judge

RCI/394466.1/KCC

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR ADMIN. RELIEF – CASE NO. C 03-04666 MMC