**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MOSKOWITE, | No. C-03-4666 MMC (MED) |
|       Plaintiff, | **ORDER VACATING MARCH 17, 2006 HEARING** |
|   v. | |
| EVEREN CAPITAL CORPORATION GROUP DISABILITY INCOME PLAN, | |
|       Defendant          / | |

      The Court having received and reviewed plaintiffs' motion for summary judgment and defendant's opposition and cross-motion for summary judgment,[1] the Court has determined the issue is appropriate for decision on said filings and, accordingly, hereby VACATES the hearing scheduled for March 17, 2006, and deems the matter submitted.

      **IT IS SO ORDERED.**

Dated: March 10, 2006

_____
MAXINE M. CHESNEY
United States District Judge

---

    [1]Plaintiff did not file a reply in support of his motion or an opposition to defendant's cross-motion.