IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MOSKOWITE,<br><br>      Plaintiff,<br>  v.<br><br>EVEREN CAPITAL CORPORATION GROUP DISABILITY INCOME PLAN,<br><br>      Defendant | No. C-03-4666 MMC<br><br>**ORDER AFFORDING PARTIES OPPORTUNITY TO FILE SUPPLEMENTAL BRIEFING** |

     By order filed March 10, 2006, the Court took under submission plaintiffs' motion for summary judgment and defendant's cross-motion for summary judgment. On August 15, 2006, the Ninth Circuit issued its opinion in Abatie v. Alta Health & Life Ins. Co., --- F. 3d ---, 2006 WL 2347660 (9th Cir. 2006), in which the Ninth Circuit set forth new law with respect to the manner in which a district court reviews a plan administrator's denial of an application for ERISA benefits.

     In order to provide the parties an opportunity to address whether Abatie applies to the instant litigation, the parties are hereby granted leave to file, no later than September 29, 2006, supplemental memoranda not to exceed ten pages in length. Any party who prefers to rely on the briefing already filed may do so, however.

     **IT IS SO ORDERED.**

Dated: September 8, 2006

_____
MAXINE M. CHESNEY
United States District Judge