PAMELA E. COGAN (SBN 105089)
pcogan@ropers.com
KATHRYN C. CURRY (SBN 157099)
kcurry@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
EVEREN CAPITAL CORPORATION GROUP
DISABILITY INCOME PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GEORGE MOSKOWITE, | CASE NO. C 03-4666 MMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE SUPPLEMENTAL BRIEFING** |
| v. | |
| EVEREN CAPITAL CORPORATION GROUP DISABILITY INCOME PLAN, | |
| Defendant. | |

WHEREAS by Order dated September 8, 2006, the Court granted the parties leave to file supplemental memoranda to address whether <u>Abatie v. Alta Health & Life Ins. Co.</u>, 458 F.3d 955 (9th Cir. 2006) applies to the instant litigation.

WHEREAS the Court ordered the parties to file the supplemental memoranda on September 29, 2006.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their respective counsel of record, that the time to file the supplemental memoranda be extended by one week. The supplemental memoranda are now due OCTOBER 6, 2006.

//

//

//

Dated: September 27, 2006

ROBERT J. ROSATI, ATTORNEY AT LAW

By: _____
ROBERT J. ROSATI
Attorneys for Plaintiff
GEORGE MOSKOWITE

Dated: September 27, 2006

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
KATHRYN C. CURRY
Attorneys for Defendant
EVEREN CAPITAL CORPORATION
GROUP DISABILITY INCOME PLAN

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the time for the parties to file supplemental memoranda be extended one week up to and including October 6, 2006.

Date: September 29, 2006

_____
HONORABLE MAXINE M. CHESNEY
JUDGE-UNITED STATES DISTRICT COURT

RC1/4147l1.1/EAC

- 2 -

DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING
C 03-4666 MMC