IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MOSKOWITE,<br><br>    Plaintiff<br>  v.<br><br>EVEREN CAPITAL CORPORATION GROUP DISABILITY INCOME PLAN,<br><br>    Defendant<br>_____/ | No. C 03-4666 MMC<br><br>**ORDER DIRECTING DEFENDANT TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

      On October 6, 2006, defendant electronically filed its "Supplemental Brief Regarding the Application of the Ninth Circuit's Opinion in Abatie v. Alta Health and Life," as well as a supporting declaration and a request for judicial notice.  Defendant has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  <u>See</u> General Order 45 § VI.G; <u>see</u> <u>also</u> Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

      Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.  Defendant is hereby advised that if it fails in the future to comply with the

Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: October 20, 2006

MAXINE M. CHESNEY
United States District Judge