UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MOSKOWITE, | |
| Plaintiff(s), | No. C03-4666 MMC (BZ) |
| v. | **SECOND DISCOVERY ORDER** |
| EVEREN CAPITAL CORPORATION GROUP DISABILITY INCOME PLAN, | |
| Defendant(s). | |

Following a November 21, 2006 telephonic conference in which all sides were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. Although discovery has been cut off, I will grant plaintiff leave to propound supplemental discovery requests as discussed in the November 21, 2006 conference.

2. Plaintiff shall propound the supplemental discovery requests by no later than **December 1, 2006.**

3. Defendant shall respond or object by no later than **December 11, 2006.**

4. Should the parties disagree, they shall proceed in

1

1 accordance with the procedure described in my
2 Initial Discovery Order dated November 6, 2006.
3 Dated: November 21, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

7 G:\BZALL\-REFS\MOSKOWITE\DISC.ORDER.2.wpd