IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MOSKOWITE,<br><br>      Plaintiff,<br><br>  v.<br><br>EVEREN CAPITAL CORPORATION<br>GROUP DISABILITY INCOME PLAN,<br><br>      Defendant | No. C-03-4666 MMC<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

     By order filed March 10, 2006, the Court took under submission plaintiffs' motion for summary judgment and defendant's cross-motion for summary judgment, both of which address the issue of whether defendant, in denying plaintiff's claim for disability benefits, abused its discretion. On September 29, 2006, plaintiff filed a Supplemental Brief, in which plaintiff requested the opportunity to conduct further discovery and also requested that, upon the completion of such discovery, the Court direct the parties to submit new briefing on the merits of plaintiff's claim for benefits.

     By order filed November 2, 2006, the Court referred to Magistrate Judge Bernard Zimmerman plaintiff's request for additional discovery and, by separate order, also filed November 2, 2006, deferred ruling on plaintiff's request that the parties submit new briefing on the merits of his claim, until after the issue of plaintiff's entitlement to additional discovery had been resolved. By order filed November 21, 2006, Magistrate Judge

1 | Zimmerman found plaintiff was entitled to certain additional discovery.  Since that time,
2 | neither party has filed any document indicating a dispute or other concern has arisen
3 | regarding the completion of the additional discovery.
4 |     Accordingly, the Court hereby DIRECTS the parties to file a joint status report, no
5 | later than May 31, 2007, informing the Court as to:  (1) whether the production of the
6 | additional discovery ordered by Magistrate Judge Zimmerman is, in fact, complete;
7 | (2) whether the parties are of the view that new or additional briefing on the merits of
8 | plaintiff's claim is warranted in light in the additional discovery or for any other reason; (3)
9 | whether a referral for further ADR would be appropriate; and (4) any other matter the
10 | parties wish to raise.[1]

**IT IS SO ORDERED**.

Dated: May 14, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] If the parties have differing views on any of these topics, they may set them forth in separate sections of the joint status report.