IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE MOSKOWITE,

    Plaintiff,

  v.

EVEREN CAPITAL CORPORATION
GROUP DISABILITY INCOME PLAN,

    Defendant
_____/

No. C-03-4666 MMC

**ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE**

The Court having received the parties' Joint Status Report filed May 31, 2007, and plaintiff having requested therein the opportunity to file additional briefing in light of Abatie v. Alta Health & Life Ins. Co., 458 F. 3d 955 (9th Cir. 2006), the Court hereby sets the following supplemental briefing schedule:

    1. Each party shall file a supplemental brief no later than August 3, 2007, each such brief not to exceed ten pages in length.

    2. Each party shall file any supplemental responsive brief no later than August 17, 2007, each such brief not to exceed ten pages in length.

    3. As of August 17, 2007, the matter will be deemed under submission.

**IT IS SO ORDERED**.

Dated: July 2, 2007

_____
MAXINE M. CHESNEY
United States District Judge