IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE MOSKOWITE,

        Plaintiff,

  v.

EVEREN CAPITAL CORPORATION GROUP DISABILITY INCOME PLAN,

        Defendant.
                                    /

No. CV-03-4666 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

1. Defendant's motion to strike is hereby GRANTED, and the documents stamped CF 2000-2102 and CF 2115-2127 are hereby STRICKEN.

2. Plaintiff's motion for judgment on his claim for benefits is hereby DENIED.

3. Defendant's cross-motion for judgment on plaintiff's claim for benefits is hereby GRANTED.

Dated: March 24, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28